# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139144(66)

SHARON BROOKS, Personal Representative
of the Estate of Dominique Wade, Deceased,
Plaintiff-Appellee,

v

STARR COMMONWEALTH,
Defendant/Cross-
Defendant-Appellant,

and

BRIDGEWAY SERVICES, L.L.C.,
Defendant/Cross-
Plaintiff-Appellee.

_____

SC: 139144
COA: 277469
Oakland CC: 2005-065114-NO

On order of the Chief Justice, the motion by plaintiff-appellee for extension to March 19, 2010 of the time for filing her brief is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk